IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CARLOS ELIAZAR ROCHA,

    Plaintiff,

v.

                                                   No. 16-cv-1088 KRS

NANCY A. BERRYHILL, Acting Commissioner
of the Social Security Administration,

    Defendant.

## JUDGMENT

Having denied Plaintiff's motion to reverse or remand the agency's denial of his applications for benefits by an opinion and order dated July 21, 2017 entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendant and that this matter is **DISMISSED WITH PREJUDICE**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent